LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160
info@glancylaw.com
*Attorneys for Plaintiff Chris L. Wilson*
*[Additional Counsel on Signature Page]*

**IT IS SO ORDERED**
Judge Edward J. Davila
6/21/2011

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CHRIS L. WILSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FINISAR CORPORATION, JERRY S. RAWLS, EITAN GERTEL, and KURT ADZEMA,<br><br>Defendants. | No. CV 11-01278 EJD<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Chris L. Wilson hereby voluntarily dismisses the above-captioned action, without prejudice, as to all Defendants. As grounds therefore, Plaintiff states that no Defendant has filed an answer or a motion to dismiss. In addition, two related securities class actions are currently pending in this District – *Derchi-Russo v. Finisar Corporation, et al.*, No. CV 11-1252 EJD and *Wade v. Finisar Corporation, et al.*, No. CV 11-1635 PJH. The *Derchi-Russo* and *Wade* actions name the same defendants, arise from the same facts and circumstances as the above-captioned action, and assert similar claims under Sections 10(b) and 20(a) of the

Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.  Thus this dismissal will not bind or prejudice any party or member of the putative class.

    The Clerk shall close this file.

DATED: June 20, 2011                  **GLANCY BINKOW & GOLDBERG LLP**

                                      By:  *s/ Michael Goldberg*
                                      Lionel Z. Glancy
                                      Michael Goldberg
                                      1801 Avenue of the Stars, Suite 311
                                      Los Angeles, California 90067
                                      Telephone:    (310) 201-9150
                                      Facsimile:     (310) 201-9160

                                      **LAW OFFICES OF HOWARD G. SMITH**
                                      Howard G. Smith
                                      3070 Bristol Pike, Suite 112
                                      Bensalem, PA 19020
                                      Telephone:    (215) 638-4847
                                      Facsimile:     (215) 638-4867

                                      *Attorneys for Plaintiff Chris L. Wilson*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHEN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On June 20, 2011, I caused to be served the following document:

**NOTICE OF VOLUNTARY DISMISSAL**

By posting this document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

And on any non-ECF registered party:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 20, 2011, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# Mailing Information for a Case 5:11-cv-01278-EJD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rajiv Sajjan Dharnidharka**
  rajiv.dharnidharka@dlapiper.com,carmen.manzano@dlapiper.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Diana Mariko Hall**
  diana.hall@dlapiper.com,christine.kunis@dlapiper.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Roy K. McDonald**
  roy.mcdonald@dlapiper.com,tee.thomas@dlapiper.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,carmen.manzano@dlapiper.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)